IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-00823-WYD-KMT

HAL GIBBONS,

    Plaintiff,

v.

PROFESSIONAL FINANCE COMPANY, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    In light of the filing of the Amended Complaint, Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) filed April 15, 2014 (ECF No. 7), which seeks to dismiss the original complaint, is **DENIED AS MOOT**.  Any dispositive motion that is filed must address the allegations of the Amended Complaint.

    Dated:  April 29, 2014.