IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00823-WYD-KMT

HAL GIBBONS,

    Plaintiff,

v.

PROFESSIONAL FINANCE COMPANY, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice filed September 3, 2014.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (ECF No. 20) is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**.

Dated:  September 3, 2014

                                BY THE COURT:


                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge